[No. 29576-8-II.   Division Two.   June 8, 2004.]

JOHN SCHROEDER, ET AL., *Respondents*, v. RUTH A. PATTERSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-2-00592-9, Stephen M. Warning, J., entered November 1, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 29751-5-II.   Division Two.   June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02948-7, Brian M. Tollefson, J., entered December 12, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J.; Armstrong, J, concurring separately.

[No. 30206-3-II.   Division Two.   June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY DAVID CLARK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00041-9, Thomas J. Majhan, J., entered April 15, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Seinfeld, J. Pro Tem. Now published at 123 Wn. App. 515.

[No. 30309-4-II.   Division Two.   June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL MARIE HORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01544-9, Stephen M. Warning and James E. Warme, JJ., entered April 25, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.